UNITED STATES BANKRUPTCY COURT                    EASTERN DISTRICT OF PHILADELPHIA

In re: Robin Miller          Debtor(s)    Case No. 12-14787          (If Known)

## SECOND AMENDED CHAPTER 13 PLAN

(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.)

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor - debtor shall pay to the trustee the sum of $1,764.60 monthly for a period of 52 months. Debtor has already paid to the trustee $3,867.52.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

   (1) Anthony Arechavala, Esquire (attorney fees) ($1,500.00)
   (2) City of Philadelphia (2005-2010 BPT/NPT) ($4,964.39) to be paid inside the plan.
   (3) PA Dept of Revenue (State Sales/Personal Income Taxes) $6,845.38.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   (4) Regular monthly first mortgage payment with Wells Fargo Bank to paid outside the plan.
   (5) First mortgage interest and arrears ($30,893.90) with Wells Fargo Bank to be paid inside the plan.
   (6) Regular monthly second mortgage payment with Wells Fargo Bank to paid outside the plan.
   (7) Second mortgage interest and arrears ($13,773.54) with Wells Fargo Bank to be paid in the plan.
   (8) Regular monthly payment with Wells Fargo Home Equity Loan to be paid outside the plan.
   (9) City of Philadelphia (2005-2010 BPT/NPT) arrears ($25,440.00) to be paid inside the plan.

   (c) Subsequent to - pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

   (10) Pro rata share/distribution to unsecured creditors.
   (11) Trustee's commission will be paid in an amount not to exceed 10%.

The plan is as follows:

| | |
|---|---|
| Anthony Arechavala, Esquire | $1,500.00 |
| City of Phila (BPT/NPT) | $4,964.39 |
| City of Phila (BPT/NPT) | $25,440.00 |
| PA Dept of Revenue | $6,845.38 |
| Wells Fargo (First Mortgage) | $30,893.90 |
| Wells Fargo (Second Mortgage) | $13,773.54 |
| Trustee's fee | |
| | $91,758.93 / |

By 52 months = $1,764.60

3. The following executory contracts of the debtor are rejected:

   N/A

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to U.S.C. Section 350.

Dated: 2/11/13          /s/ Robin F. Miller
                        Debtor                               Debtor

Acceptances may be mailed to    Anthony Arechavala, Esquire, 802 Sansom Street, Ste., 3-A, Philadelphia, PA 19107